Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−11242−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Rafine
   91 Castle Heights Avenue
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−5224

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 20, 2023.

Dated: April 20, 2023
JAN:

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael A. Rafine  
    Debtor

Case No. 23-11242-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 20, 2023      Form ID: plncf13      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Rafine, 91 Castle Heights Avenue, Pennsville, NJ 08070-2201 |
| 519838208 | + | Petro, 1701 Sherman Avenue, Pennsauken, NJ 08110-2626 |
| 519872915 | ++ | ZENRESOLVE LLC, JEFF BRONSON, 2770 MISSION RANCHERIA RD #315, LAKEPORT CA 95453-9612 address filed with court:, Lendumo in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |
| 519872914 | ++ | ZENRESOLVE LLC, JEFF BRONSON, 2770 MISSION RANCHERIA RD #315, LAKEPORT CA 95453-9612 address filed with court:, Little Lake Lending in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2023 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2023 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519838215 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 20 2023 20:36:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519838210 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2023 20:46:33 | Capital One Bank, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 519851125 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2023 20:46:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519838213 | + | Email/Text: mrdiscen@discover.com | Apr 20 2023 20:35:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 519847739 | | Email/Text: mrdiscen@discover.com | Apr 20 2023 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519838211 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 20 2023 20:35:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 519852685 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 20 2023 20:35:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha Ne 68197 |
| 519838206 | ^ | MEBN | Apr 20 2023 20:32:29 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519857392 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519838207 | + | Email/Text: BKNotice@ldvlaw.com | Apr 20 2023 20:35:00 | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mt. Laurel, NJ 08054-2239 |
| 519838205 | | Email/Text: camanagement@mtb.com | Apr 20 2023 20:36:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519853996 | | Email/PDF: pa_dc_claims@navient.com | Apr 20 2023 20:46:42 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519880382 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 20 2023 20:35:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519838209 | + | Email/PDF: pa_dc_claims@navient.com | Apr 20 2023 20:46:42 | Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519838216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2023 20:46:34 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 519881853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2023 20:46:44 | Portfolio Recovery Associates, LLC, c/o ONEMAIN FINANCIAL GROUP, LLC, POB 41067, Norfolk, VA 23541 |
| 519838212 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2023 20:36:00 | Premier Bankcard, c/o Jefferson Capital Systems, P.O. Box 7999, St. Cloud, MN 56302-7999 |
| 519889810 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2023 20:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519838214 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2023 20:36:00 | Quantum 3 Group, LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 519855352 | | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2023 20:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519883704 | | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2023 20:36:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519872915 | | Email/Text: ZenResolve@ebn.phinsolutions.com | Apr 20 2023 20:35:00 | Lendumo in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |
| 519872914 | | Email/Text: ZenResolve@ebn.phinsolutions.com | Apr 20 2023 20:35:00 | Little Lake Lending in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519861499 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Stacey L. Mullen | on behalf of Debtor Michael A. Rafine slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4