UNITED STATES BANKRUPTCY COURT

District of New Jersey

IN RE DEBTOR: MICHAEL A RAFINE

DATE: 5/23/2023

CASE NO. 1-23-BK-11242

**WITHDRAWAL OF PROOF OF CLAIM NUMBER** 9

COMES NOW, Little Lake Lending in care of ZenResolve and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim number 9     in the amount of $ 1,991.37     filed on or about 3/27/2023     .

Little Lake Lending in care of ZenResolve

/S/  Jeff Bronson

Company: ZenResolve

Title:  President

ZenResolve

2770 Mission Rancheria Rd #315

Lakeport CA 95453

(800) 225-1375