UNITED STATES BANKRUPTCY COURT

District of New Jersey

IN RE DEBTOR: MICHAEL A RAFINE

DATE: 5/23/2023

CASE NO. 1-23-BK-11242

**WITHDRAWAL OF PROOF OF CLAIM NUMBER** 10

COMES NOW, Lendumo in care of ZenResolve and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim number 10 in the amount of $ 1,712.76 filed on or about 3/27/2023 .

Lendumo in care of ZenResolve

/S/ Jeff Bronson

Company: ZenResolve

Title: President

ZenResolve

2770 Mission Rancheria Rd #315

Lakeport CA 95453

(800) 225-1375