UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Michael A. Rafine

Debtor.

Case No.:       23-11242-JNP

Chapter:              13

Hearing Date:     8/08/2023

Judge:            Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 91 Castle Heights Avenue (Docket # 34)

_____

Date: 08/04/2023                                  /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*