UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on August 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael A. Rafine,

                Debtor

Case No.: 23-11242 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: August 15, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  23-11242 (JNP)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>400.00</u> for services rendered and expenses in the amount of $ <u>0.00</u> for a total of $ <u>400.00</u>. The allowance shall be payable:

      <u>XXXXX</u>    through the Chapter 13 plan as an administrative priority.

               outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$1,247.00</u> per month for <u>55</u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)