Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−11242−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Rafine
   91 Castle Heights Avenue
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−5224

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/27/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 27, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-11242-JNP
Michael A. Rafine  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Dec 27, 2023  Form ID: 148  Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Rafine, 91 Castle Heights Avenue, Pennsville, NJ 08070-2201 |
| 519838208 | + | Petro, 1701 Sherman Avenue, Pennsauken, NJ 08110-2626 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519838215 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 27 2023 20:37:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519838210 | + | EDI: AIS.COM | Dec 28 2023 01:33:00 | Capital One Bank, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 519851125 | + | EDI: AIS.COM | Dec 28 2023 01:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519838213 | + | EDI: DISCOVER | Dec 28 2023 01:33:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 519847739 | | EDI: DISCOVER | Dec 28 2023 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519838211 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 27 2023 20:37:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 519852685 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 27 2023 20:37:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha Ne 68197 |
| 519838206 | ^ | MEBN | Dec 27 2023 20:36:04 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519857392 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2023 20:43:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519838207 | + | Email/Text: BKNotice@ldvlaw.com | Dec 27 2023 20:37:00 | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mt. Laurel, NJ 08054-2239 |
| 519838205 | | Email/Text: camanagement@mtb.com | Dec 27 2023 20:37:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 519853996 | | EDI: NAVIENTFKASMSERV.COM | Dec 28 2023 01:33:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519880382 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 27 2023 20:37:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519838209 | + | EDI: NAVIENTFKASMSERV.COM | Dec 28 2023 01:33:00 | Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519838216 | | EDI: PRA.COM | Dec 28 2023 01:33:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 519881853 | | EDI: PRA.COM | Dec 28 2023 01:33:00 | Portfolio Recovery Associates, LLC, c/o ONEMAIN FINANCIAL GROUP, LLC, POB 41067, Norfolk, VA 23541 |
| 519838212 | + | EDI: JEFFERSONCAP.COM | Dec 28 2023 01:33:00 | Premier Bankcard, c/o Jefferson Capital Systems, P.O. Box 7999, St. Cloud, MN 56302-7999 |
| 519889810 | + | EDI: JEFFERSONCAP.COM | Dec 28 2023 01:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519838214 | + | EDI: Q3G.COM | Dec 28 2023 01:33:00 | Quantum 3 Group, LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 519855352 | | EDI: Q3G.COM | Dec 28 2023 01:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519883704 | | EDI: Q3G.COM | Dec 28 2023 01:33:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519872915 | | Email/Text: ZenResolve@ebn.phinsolutions.com | Dec 27 2023 20:37:00 | Lendumo in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |
| 519872914 | | Email/Text: ZenResolve@ebn.phinsolutions.com | Dec 27 2023 20:37:00 | Little Lake Lending in care of ZenResolve, 2770 Mission Rancheria Rd #315, Lakeport, CA 95453 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519861499 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 27, 2023 | Form ID: 148 | Total Noticed: 27

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Stacey L. Mullen | on behalf of Debtor Michael A. Rafine slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6